AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

AUG 1 1 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 3:22-mj-00109-CSD |
| ANNA KLINE | ) |
| | ) Charging District:  District of New Jersey |
| Defendant | ) Charging District's Case No.  2:22-mj-13211-MAH |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Martin Luther King Building & U.S. Courthouse 50 Walnut Street, Newark NJ 07102 before Judge Leda Wettre | Courtroom No.: TBD |
|---|---|
| | Date and Time: 8/18/2022 3:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 08/11/2022

*Judge's signature*

Craig Denney, U.S. Magistrate Judge
*Printed name and title*